NATIONAL BRIDGE WORKS v. ATLAS CONST. CO.

(Supreme Court, Appellate Term. June 25, 1909.)

JUDGMENT (§ 17*)—DEFAULT JUDGMENT—SETTING ASIDE.

A default judgment against a corporation will not be sustained where, though it appeared by the affidavit that there was service of the summons and complaint on one as director, president, and treasurer of defendant, it was proven without contradiction that at the time of the service said person was neither president, treasurer, secretary, nor director of defendant, and that he had no connection with it in any manner.

[Ed. Note.—For other cases, see Judgment, Cent. Dig. § 31; Dec. Dig. § 17.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by the National Bridge Works against the Atlas Construction Company. From a default judgment, defendant appeals. Reversed, and complaint dismissed.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Bond & Babson (Walter H. Bond, of counsel), for appellant.
Thompson & Fuller, for respondent.

PER CURIAM. Appeal from default judgment upon the ground that no service of the summons and complaint was made upon any proper officer or manager of the defendant corporation. It appears by the affidavit that the service of the summons and complaint was made upon one Walter J. Solomon as director, president, and treasurer of the defendant company. It is proven without contradiction that at the time of the service of the summons and complaint Walter J. Solomon was neither president, treasurer, secretary, nor director of the defendant corporation, and had no connection with the defendant in any manner.

Judgment reversed, with costs, and complaint dismissed.